IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CV-040-FL

| | | |
|---|---|---|
| KATHY JUANITA REAVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANGELA FAULKNER, FREDDIE WILLIAMSON, MICHAEL MIKE SMITH, BRENDA FAIRLEY-FEREBEE, HERMAN LOCKLEAR, DEMETRIA GRISSETT, ATKINS TREY MICHAEL, PUBLIC SCHOOLS OF ROBESON COUNTY, PUBLIC SCHOOLS OF ROBESON COUNTY BOARD OF EDUCATION, CATHERINE TRUITT, ROY COOPER, PUBLIC SCHOOLS OF NORTH CAROLINA, NORTH CAROLINA DEPARTMENT OF PUBLIC INSTRUCTION, NORTH CAROLINA STATE BOARD OF EDUCATION, and STATE OF NORTH CAROLINA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

This matter is before the court for review of plaintiff's pro se complaint (DE 1-1, 12) pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Robert B. Jones, Jr. entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's complaint be dismissed. (DE 11). Plaintiff did not file objections to the M&R, and the time within which to make any objection has expired. In this posture, the issues raised are ripe for ruling.

1

Upon careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings anc conclusions only for clear error, and need not give any explanation for adoptin the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

Here, the magistrate judge recommends dismissal of plaintiff's claims where the statutes under which she purports to sue do not provide a private right of action, she improperly attempts to bring claims on behalf of others pro se, and she fails to state a claim. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error.

The court therefore ADOPTS the recommendation of the recommendation of the magistrate judge as its own. For the reasons stated therein, plaintiff's' complaint is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B). The clerk is DIRECTED to close this case.

SO ORDERED, this the 23rd day of March, 2023.

                                        LOUISE W. FLANAGAN
                                        United States District Judge

2

Case 7:22-cv-00040-FL   Document 13   Filed 03/23/23   Page 2 of 2